IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAPHAEL THEOKARY and<br>LIUDMILA THEOKARY, h/w<br>    Plaintiffs, | : | |
| v. | : | CIVIL ACTION<br>NO. 14-4153 |
| MVM, INC.<br>    Defendant. | : | |

## **ORDER**

AND NOW, this 14th day of January, 2015, upon consideration of Defendant's Motion to Dismiss (Doc. No. 5), Plaintiffs' Response thereto (Doc. No. 6), and Defendant's Reply to Plaintiffs' Response (Doc. No. 7), it is hereby ORDERED that said Motion is GRANTED and Plaintiffs' Complaint is DISMISSED with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II      J.